# United States Bankruptcy Court
### Eastern District of Michigan

In re  **Empire Doors Windows and More Inc.** _____ Case No. \_\_\_**15-42803**\_\_\_\_\_

Debtor(s)  Chapter \_\_\_**7**\_\_\_\_\_

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David Ben-Ezra**, declare under penalty of perjury that I am the **President** of **Empire Doors Windows and More Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 25th day of February, 2015.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Ben-Ezra, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Ben-Ezra, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Ben-Ezra, President** of this Corporation is authorized and directed to employ **Kenneth Beams P63248**, attorney and the law firm of **Kenneth R. Beams, PLLC** to represent the corporation in such bankruptcy case."

Date  **February 25, 2015** _____

Signed  **/s/ David Ben-Ezra**
_____
**David Ben-Ezra**

Resolution of Board of Directors

of

**Empire Doors Windows and More Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Ben-Ezra, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Ben-Ezra, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Ben-Ezra, President** of this Corporation is authorized and directed to employ **Kenneth Beams P63248**, attorney and the law firm of **Kenneth R. Beams, PLLC** to represent the corporation in such bankruptcy case.

Date   **February 25, 2015** _____        Signed _____

Date   _____        Signed _____